IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01922-LTB

BRENDA ELLIOTT,

          Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendant.

_____

ORDER
_____

Upon Defendant's Motion to Alter or Amend Order Pursuant to Fed.R.Civ.P. 59(e) (Doc 17 - filed August 6, 2008), it is

ORDERED that the Motion is DENIED.

                                               BY THE COURT:

                                               s/Lewis T. Babcock
                                               LEWIS T. BABCOCK, JUDGE

DATED: August 7, 2008