IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01922-LTB

BRENDA ELLIOTT,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

ORDER FOR ATTORNEY FEES UNDER EAJA
_____

The matter before the Court is Plaintiff's Motion For Attorney Fees Under EAJA filed on October 24, 2008. The Court being fully advised in the premises hereby grants said Motion.

IT IS ORDERED that the Defendant pay to Plaintiff attorney fees under EAJA in the amount of $6,000.00. The attorney fee award may be made payable to Plaintiff's counsel, as assignee for Plaintiff, and mailed to Plaintiff's counsel.
.

                BY THE COURT:

                  s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE

DATED: November 10th, 2008