IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  07-cv-01922-LTB

BRENDA ELLIOTT,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b)
_____


      The matter before the Court is Plaintiff's Motion For an Award of Attorney's Fees Under 42 U.S.C. § 406(b) (Doc 23) filed November 3, 2009.

      The Court hereby

      ORDERS that the Plaintiff's attorney shall be entitled to receive a gross 406(b) fee of $8,687.85 for the 41.1 hours of work in District Court.  ($8,687.85 406(b) fee, less $6,000.00 EAJA offset = net fee of $2,687.85)

                                                BY THE COURT:


                                           s/Lewis T. Babcock
                                           LEWIS T. BABCOCK, JUDGE

DATED: November 4, 2009